# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

All funds up to $2,414,417.20 on deposit in JP Morgan Chase Bank, account number 855196783 and all funds up to $600,000.00 on deposit in JP Morgan Chase Bank, account number 3655817980

**AMENDED**

**SEIZURE WARRANT**

**CASE NUMBER:** 2:19-MJ-145

TO: __UNITED STATES SECRET SERVICE__ and any Authorized Officer of the United States, Affidavit(s) having been made before me by __SPECIAL AGENT TERESA HEALY__ who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds up to $2,414,417.20 on deposit in JP Morgan Chase Bank, account number 855196783 and all funds up to $600,000.00 on deposit in JP Morgan Chase Bank, account number 3655817980

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. §§ 981(b)(2), 981(a)(1)(C), 982(b), 984, and 21 U.S.C. § 853(f).

**concerning a violation of Title** __18__ **United States Code, Section(s)** __1030, 1343, and 1344.__

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

__JP Morgan Chase Bank__ is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Dept. of Treasury.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

| | |
|---|---|
| __1-18-19  2:45 p.m.__ | __Los Angeles, California__ |
| **Date and Time Issued** | **City and State** |
| | |
| __Hon. Frederick F. Mumm, U.S. Magistrate Judge__ | /s/ |
| **Name and Title of Judicial Officer** | **Signature of Judicial Officer** |

AUSA Ryan Waters/ga

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1/18/2019 | DATE AND TIME WARRANT EXECUTED<br>1/22/2019; 7:34 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>coal.edr.process@jpmchase.com |

INVENTORY MADE IN THE PRESENCE OF

SA Kelly Palmieri

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Cashiers check in the amount of $1,035,178.53 from JPMorgan Chase account 855196783 and 3655817980

Account 855196783 - $435,178.53

Account 3655817980 - $600,000.00

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.

Date: 1/24/2019

Executing Officer's Signature

PATRICK LEIGHTON, SPECIAL AGENT
Printed Name and Title